IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

UNITED STATES OF AMERICA )
)
    v. ) CRIM. CASE NO. 2:22-cr-164-ECM
)
CHRISTOPHER DE'ANDRE WASHINGTON )

**MEMORANDUM OPINION and ORDER**

Now pending before the court is Defendant Christopher De'Andre Washington's

unopposed motion to continue trial (doc. 14) filed on June 27, 2022.   Jury selection and trial

are presently set on the term of court commencing on August 8, 2022.   For the reasons set

forth below, the court will grant a continuance of the trial pursuant to 18 U.S.C. § 3161(h)(7).

While the trial judge enjoys great discretion when determining whether to grant a

continuance, the court is limited by the requirements of the Speedy Trial Act. 18 U.S.C. §

3161; *United States v. Stitzer*, 785 F.2d 1506, 1516 (11th Cir. 1986).   The Act provides in

part:

> "In any case in which a plea of not guilty is entered, the trial of a defendant
> charged in an information or indictment with the commission of an offense shall
> commence within seventy days from the filing date (and making public) of the
> information or indictment, or from the date the defendant has appeared before
> a judicial officer of the court in which such charge is pending, whichever date
> last occurs."

18 U.S.C. § 3161(c)(1).

The Act excludes, however, certain delays from the seventy-day period, including

delays based on "findings that the ends of justice served by taking such action outweigh the

best interest of the public and the defendant in a speedy trial." 18 U.S.C. § 3161(h)(7)(A).   In

determining whether to grant a continuance under § 3161(h)(7), the court "shall consider,"

among other factors, whether denial of a continuance would likely "result in a miscarriage of justice," or "would deny counsel for the defendant . . . the reasonable time necessary for effective preparation, taking into account the exercise of due diligence." § 3161(h)(7)(B)(i), (iv).

Counsel for the Defendant represents that additional time is necessary to investigate this case.   The United States does not oppose a continuance.   Accordingly, the Court concludes that the ends of justice served by continuing trial outweigh the best interest of the public and the Defendant in a speedy trial.   Thus, for good cause, it is

ORDERED that the motion to continue (doc. 14) is GRANTED, and jury selection and trial are CONTINUED from August 8, 2022, to the criminal term of court set to commence on October 17, 2022, at 10:00 a.m. in Montgomery, Alabama.   All deadlines tied to the trial date are adjusted accordingly.

The United States Magistrate Judge shall conduct a pretrial conference prior to the October trial term.

Done this 28th day of June , 2022.

　　　　　　　　　　/s/Emily C. Marks
　　　　　　　　　　EMILY C. MARKS
　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE